506 A.2d 861

**Charles H. HORTON, Petitioner,**

**v.**

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE.**

Supreme Court of Pennsylvania.

Jan. 13, 1986.

## ORDER

PER CURIAM:

AND NOW, this 13th day of January, 1986, the Petition for Allowance of Appeal is granted. The Order of the Commonwealth Court entered on January 25, 1984, at No. 763 C.D.1984 is reversed and the matter is remanded to the Board of Probation and Parole for proceedings consistent with our opinion in *Rivenbark v. Commonwealth of Pennsylvania*, 509 Pa. 248, 501 A.2d 1110 (1985).